# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

December 7, 2015

Clerk
Court of Appeals of Texas, Third District
209 W. 14th Street, Rm.101
Price Daniel Building
Austin, TX  78711

    Re:  Henry Gonzales, Jr.
         v. Texas
         No. 15-6453
         (Your No. 03-12-00620-CR)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk



RECEIVED
DEC 1 1 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

OFFICE OF THE CLERK
SUPREME COURT OF THE UNITED STATES
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

NEOPOST
12/01/2015
US POSTAGE $000.48⁵




FIRST-CLASS MAIL

US OFFICIAL MAIL
$ 300 Penalty
For Private Use
ZIP 20543
041M11120021